**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Santander Consumer USA Inc. dba Chrysler Capital
Our File No.: 45944
JM-5630

Order Filed on March 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael R. Marcus
Lynette V. Marcus

Case No.: 18-10705

Hearing Date: 3-20-2018

Judge: CMG

Chapter: 7

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Santander Consumer USA Inc. dba Chrysler Capital_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic say of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

    2014 Dodge Grand Caravan
    Vehicle Identification Number
    2C4RDGBG0ER194119

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michael R Marcus  
Lynette V Marcus  
       Debtors

Case No. 18-10705-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 20, 2018  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.  
db/jdb        +Michael R Marcus,    Lynette V Marcus,    4307 Bristol Station Ct.,    Carteret, NJ 07008-3163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:  
         Daniel E Straffi     dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com  
         Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         Robert C. Nisenson     on behalf of Debtor Michael R Marcus rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         Robert C. Nisenson     on behalf of Joint Debtor Lynette V Marcus rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 7