Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−10705−CMG
                    Chapter:  7
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael R Marcus | Lynette V Marcus |
| 4307 Bristol Station Ct. | 4307 Bristol Station Ct. |
| Carteret, NJ 07008 | Carteret, NJ 07008 |

Social Security No.:
  xxx−xx−6638                                               xxx−xx−4531

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 13, 2018</u>                <u>Christine M. Gravelle</u>
                                                Judge, United States Bankruptcy Court